# United States Court of Appeals
## For the First Circuit

No. 99-1810

MARIA D. FELICIANO DE LA CRUZ, ERASMO JIMENEZ,
AND THEIR CONJUGAL PARTNERSHIP,
Plaintiffs, Appellants,

v.

EL CONQUISTADOR RESORT AND COUNTRY CLUB
AND HUGH A. ANDREWS
Defendants, Appellees.

ERRATA SHEET

The opinion of this court issued June 6, 2000 is amended as follows:

On the cover page, in the list of counsel, "McConnell Validés" should be "McConnell Valdés."